# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3453

_____

Valerie E. Hinton,                               *
                                                 *
                    Appellant,                    *
                                                 *    Appeal from the United States
          v.                                     *    District Court for the
                                                 *    Eastern District of Missouri.
Robert Gates, Secretary Department of            *
Defense, National Geo-Spacial                    *    [UNPUBLISHED]
Intelligence Agency,                             *
                                                 *
                    Appellee.                     *

_____

Submitted: June 3, 2011
Filed: June 8, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Valerie Hinton appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. After careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), this court affirms on the basis of the district court's well reasoned opinion. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.